# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTONIO S. LEACH  
3008 YONGE STREET  
ROCKFORD, IL 61104  

SSN-xxx-xx-4446

Case Number: 05-77267

Case filed on: 10/15/2005  
Plan Confirmed on: 12/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,125.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ANTONIO S. LEACH | 0.00 | 0.00 | 344.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 344.45 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 8,768.84 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,768.84 | 0.00 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK INTO CASH OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MIDLAND CREDIT MANAGEMENT INC | 736.36 | 736.36 | 736.36 | 53.64 |
| 008 | SECURITY FINANCE | 391.13 | 391.13 | 391.13 | 28.60 |
| 009 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BANK ONE N/A | 2,500.00 | 2,318.45 | 2,318.45 | 181.55 |
| 011 | ECAST SETTLEMENT CORPORATION | 309.75 | 309.75 | 309.75 | 27.26 |
|  | Total Unsecured | 3,937.24 | 3,755.69 | 3,755.69 | 291.05 |
|  | Grand Total: | 14,070.08 | 5,119.69 | 5,464.14 | 291.05 |

Total Paid Claimant:      $5,755.19  
Trustee Allowance:        $369.81  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan